Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

*Attorneys for Defendant
Clarity Services Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA FISHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLARITY SERVICES, INC; WAKPAMNI LAKE COMMUNITY CORPORATION DBA CHECK ADVANCE.NET; ROSEBUD LENDING LZO DBA ZOCALOANS.NET,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01472-RFB-NJK<br><br>**DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br><br>Complaint Filed:  9/9/2022 |

　　　　Defendant Clarity Services, Inc. ("Clarity") and Plaintiff Yolanda Fisher ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Clarity to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

　　　　Plaintiff filed her Complaint on September 9, 2022, and currently, Clarity's responsive pleading is due October 5, 2022.  (ECF No. 1.)  The first extension will allow Clarity an opportunity to investigate the facts of this case as counsel was only recently retained.  Plaintiff and Clarity stipulate and agree that Clarity shall have an extension until November 4, 2022, to file its responsive pleading.

　　　　This is Clarity's first request for an extension of time to respond to the Complaint and is

not intended to cause any delay or prejudice any party, but to permit Clarity an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 4th day of October 2022.

| | |
|---|---|
| NAYLOR & BRASTER | KRIEGER LAW GROUP, LLC |
| By: */s/ Benjamin Gordon* <br> Jennifer L. Braster <br> Nevada Bar No. 9982 <br> Benjamin B. Gordon <br> Nevada Bar No. 15552 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Defendant* <br> *Clarity Services, Inc.* | By: */s/ David H. Krieger* <br> David H. Krieger <br> Nevada Bar No. 9086 <br> Shawn Wayne Miller <br> Nevada Bar No. 7825 <br> Krieger Law Group, LLC <br> 5502 S. Fort Apache Road, Suite 200 <br> Las Vegas, NV 89148 <br><br> *Attorney for Plaintiff Yolanda Fisher* |

**IT IS SO ORDERED.**

Dated this __5th__ day of October 2022.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -