Matthew Knepper, Esq.
Trustee of Krieger Law Group, LLC
Nevada Bar No. 12796
Shawn W. Miller, Esq.
Nevada Bar No. 7825
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Yolanda Fisher*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YOLANDA FISHER,<br><br>Plaintiff(s),<br><br>vs.<br><br>CLARITY SERVICES, INC.; WAKPAMNI LAKE COMMUNITY CORPORATION DBA CHECK ADVANCE.NET; ROSEBUD LENDING LZO DBA ZOCALOANS.NET,<br><br>Defendant(s). | Case No.: 2:22-cv-01472-RFB-NJK<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST CLARITY SERVICES, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between YOLANDA FISHER ("Plaintiff") and Defendant CLARITY SERVICES, INC ("Clarity"), collectively the "Parties," by and through their counsel of record, that Plaintiff's causes of action and claims against Clarity are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

-1-

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on March 8, 2023.

| | |
|---|---|
| /s/ Shawn W. Miller | /s/ Benjamin Gordon |
| David H. Krieger, Esq. | Jennifer L. Braster, Esq. |
| Shawn W. Miller, Esq. | Benjamin B. Gordon, Esq. |
| KRIEGER LAW GROUP, LLC | NAYLOR & BRASTER |
| 5502 S. Fort Apache Road, Suite 200 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, NV 89145 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| *Yolanda Fisher* | *Clarity Services, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of March, 2023.