**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| YOLANDA FISHER, | Case No. 2:22-cv-01472-RFB-NJK |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| WAKPAMNI LAKE COMMUNITY CORPORATION, *et al.*, | |
| Defendants, | |

On March 9, 2023, the Court granted Plaintiff and Defendant Clarity Services, Inc.'s stipulation to dismiss Plaintiff's claims against Clarity Services, Inc. with prejudice pursuant to Fed. R. Civ. P. 41 (a)(2). The remaining Defendants include Wakpamni Lake Community Corporation and Rosebud Lending. To date, however, no proper proof of service has been filed as to these Defendants. See ECF No. 16. Counsel for Plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendants Wakpamni Lake Community Corporation and Rosebud Lending, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendants Wakpamni Lake Community Corporation and Rosebud Lending.

The Clerk of Court is directed to close this case.

DATED this 31st day of May, 2023.

_____

**RICHARD F. BOULWARE, II**
**United States District Judge**